UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  CRIMINAL NO. 09-30132

-vs-

CARY DALE VANDIVER,
  a/k/a "Gun Control,"

        Defendant.
_____/



FILED
APR 0 1 2009
CLERK'S OFFICE
DETROIT

## MOTION TO UNSEAL THE COMPLAINT

THE UNITED STATES OF AMERICA requests the court to unseal the complaint, warrant of arrest, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                Respectfully submitted,

                TERRENCE G. BERG
                United States Attorney

                MATTHEW J. SCHNEIDER
                Assistant United States Attorney
                211 W. Fort, Suite 2001
                Detroit, Michigan 48226
                Phone: (313) 226-9188
                E-mail: Matthew.Schneider3@usdoj.gov

DATED: April 1, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                 CRIMINAL NO. 09-30132

-vs-

CARY DALE VANDIVER,
 a/k/a "Gun Control,"

        Defendant.

FILED
APR 0 1 2009
CLERK'S OFFICE
DETROIT

## ORDER
## TO UNSEAL THE COMPLAINT

IT IS HEREBY ORDERED that the complaint, warrant of arrest, and all attendant papers be UNSEALED.

_____
HONORABLE STEVEN D. PEPE
United States Magistrate Judge

Entered: 4/1/09